# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 4/15/2015**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/17/2015 8:49:21 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

**TO:      14TH  COURT OF APPEALS**

**From:    Deputy Clerk: PHYLLIS WASHINGTON**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:   2011-23159**

**VOLUME _____   PAGE _____    OR    IMAGE # 64547770**

**DUE  5/05/2015                ATTORNEY 00792737**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:    03-06-15**

**MOTION FOR NEW TRIAL DATE FILED   NONE**

**REQUEST TRANSCRIPT DATE FILED      04-13-15**

**NOTICE OF APPEAL DATE FILED      04-13-15**

**NUMBER OF DAYS: ( CLERKS RECORD )  60**
**FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:   YES ☐   NO ☐**

**CODES FOR NOTICE OF APPEAL:  BC, C, O**

CHRIS DANIEL
Harris County, District Clerk

By:  /s/PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON , Deputy**

| | |
|---|---|
| BC | NOTICE OF APPEAL FILED |
| BG | NOTICE OF APPEAL FILED – GOVERNMENT |
| C | JUDGMENT BEING APPEALED |
| D - | ACCELERATED APPEAL |
| OA | NO CLERK'S RECORD REQUEST FILED |
| O | CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL) |
| NA | AMENDED NOTICE OF APPEAL |

NO. <u>201123159</u>

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| T.E.A. | § | 247 JUDICIAL DISTRICT |
| | § | |
| A CHILD | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

This Notice of Appeal is filed by Robert Anding, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on March 6, 2015.

3. Robert Anding desires to appeal from all portions of the judgment.

4. This appeal is being taken to either the First or Fourteenth Court of Appeals.

5. This notice is being filed by Robert Anding.

Respectfully submitted,

R J PARHAM LAW OFFICE
916 Wilkins
HEMPSTEAD, TX 77445
Tel: 979 826 4838 Houston/Text 832 510 4838
Fax: 979 826 4842
email: rjparham@sbcglobal.net

By: _____
R J Parham
State Bar No. 00792737
rjparham@sbcglobal.net
Attorney for Petitioner

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: Katherine Anding

Lead attorney: Lynn Thrower

Address of service:     30941 Walnut Ridge Waller, TX  77484 Phone: 281-460-0941

Method of service:                    by electronic service

Date of service:  April 13, 2015

Party:  Rosehill Christian School

Lead attorney: Kathleen Marie Bell

Address of service:     3202 Fannin, Suite 500 Houston, Texas 77002

Email Address:     kbell@sch-law.com

Method of service:     by electronic service

Date of service:     April 13, 2015


_____
R J Parham
Attorney for Petitioner

**Cause NO. 2011-23159**

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| T.E.A. | § | 247TH JUDICIAL DISTRICT |
| | § | |
| A CHILD | § | HARRIS COUNTY, TEXAS |

FILED
Chris Daniel
District Clerk
MAR 06 2015
Time: _____
Harris County, Texas
By _____ Deputy

### JUDGE'S REPORT ON MOTION TO RECONSIDER RELEASE OF SUBPOENAED DOCUMENTS

On March 5, 2015, the Court considered Movant's request for the Court to Reconsider Release of Subpoenaed Documents, and after hearing argument from Counsel for the parties and after giving the matter due consideration, it is hereby:

ORDERED that such Motion be and hereby is DENIED.

Signed on _March 6, 2015_____.

_____
JUDGE PRESIDING

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 15, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____  -  INT
                      GENERAL PARTY INQUIRY             PAGE:   1  -   2
CASE NUM: 201123159__ PJN> __  TRANS NUM: _____ CURRENT COURT: 247 PUB? _
CASE TYPE: DIVORCE WITH CHILDREN          CASE STATUS: DISPOSED (FINAL)
STYLE: ANDING, ROBERT D              VS ANDING, KATHERINE ELIZABETH
=============================================================================
                      **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
  NUM   NUMBER                                           STAT
_ 03 00016-0001 RES          ANDING, ROBERT
_ 03 00014-0001 RES          ANDING, ROBERT
_ 03 00013-0001 REL 10858200 ANDING, KATHERYN                 JONES, ALLISO
_    00012-0001 XDF          ANDING, KATHERINE
_    00011-0001 XPL 00792737 ANDING, ROBERT                   PARHAM, RUBY
_ 02 00010-0001 RES          ANDING, KATHERINE
_ 02 00009-0001 REL 00792737 ANDING, ROBERT                   PARHAM, RUBY
_ 01 00008-0001 RES          ANDING, ROBERT

==> (15) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 15, 2015(C1)
INT6510                  CIVIL CASE INTAKE              OPT: _____ - INT
                      GENERAL PARTY INQUIRY            PAGE:   2 -    2
CASE NUM: 201123159__ PJN> __  TRANS NUM: _____ CURRENT COURT: 247 PUB? _
CASE TYPE: DIVORCE WITH CHILDREN         CASE STATUS: DISPOSED (FINAL)
STYLE: ANDING, ROBERT D                VS ANDING, KATHERINE ELIZABETH
==============================================================================
                      **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR      PERSON NAME              PTY    ASSOC. ATTY
  NUM   NUMBER                                         STAT
_ 01 00007-0001 REL 20002300 ANDING, KATHERINE                THROWER, LYNN
_ 01 00006-0001 RES 00792737 ANDING, ROBERT                   PARHAM, RUBY
_ 01 00005-0001 REL 20002300 ANDING, KAT                      THROWER, LYNN
_    00004-0001 XDF          ANDING, ROBERT D
_    00003-0001 XPL 09749000 ANDING, KATHERINE ELIZABETH      HOCKER, WESLE
_    00002-0001 DEF 09749000 ANDING, KATHERINE ELIZABETH      HOCKER, WESLE
_    00001-0001 PLT 00792737 ANDING, ROBERT D                 PARHAM, RUBY


==> (15) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```